JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA D. MATTIS,<br>    Plaintiff,<br>  v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>    Defendant.<br>_____ | NO. EDCV 17-0724-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: May 1, 2018

              _____
               KAREN L. STEVENSON
              UNITED STATES MAGISTRATE JUDGE